# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00157-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> $8,460.00 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Verified Claim for Seized Funds filed by Harvey Franklin Hunt [Doc. 4] and the Court's Show Cause Order [Doc. 7].

On October 28, 2013, the Court entered a Show Cause Order directing the Claimant Harvey Franklin Hunt to show cause in writing within fourteen (14) why his claim should not be dismissed for failure to file a timely answer. The Claimant was specifically warned that "failure to show good cause within the time provided may result in the dismissal of his claim." [Doc. 7 at 1-2]. The deadline for responding has passed, and the Claimant has failed to respond to the Court's Show Cause Order. Accordingly, the Court will dismiss the Claimant's Claim.

**IT IS, THEREFORE, ORDERED** that Claimant Harvey Franklin Hunt's Claim [Doc. 4] is hereby **DISMISSED** for failure to file a timely answer.

**IT IS SO ORDERED.** Signed: November 20, 2013

Martin Reidinger
United States District Judge